**Order entered January 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00481-CV

### DAVID FUSARO, Appellant

### V.

### TRINITY UNIVERSAL INSURANCE COMPANY, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04057-2012**

## ORDER

Before the Court is appellant's January 8, 2015, motion for leave to file notice of supplemental authority. Appellant requests the Court accept a Texas Supreme Court opinion, attached to his motion, issued after the filing of appellant's reply brief. We **GRANT** appellant's motion and consider the supplemental authority attached to the motion received on January 8, 2015, properly before the Court.

/s/     CRAIG STODDART
        JUSTICE